IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No: 3:19-cv-699 |
| | § | |
| vs. | § | PATENT CASE |
| | § | |
| FURRION, LLC | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DISPLAY TECHNOLOGIES LLC, a private non-governmental property, certifies that there are no corporate parents, affiliates and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

Dated: August 29, 2019            Respectfully submitted,

*/s/   John Bradshaw*
**JOHN BRADSHAW**
**BRADSHAW LAW LLC**
23 East 39th St.
Indianapolis, IN 46205
(317) 490-4852
john@jbradshawlaw.com

**ATTORNEYS FOR PLAINTIFF**