# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § | |
| § | |
| Plaintiff, § | Case No: 3:19-cv-00699-JD-MGG |
| § | |
| vs. § | PATENT CASE |
| § | |
| FURRION, LLC § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Display Technologies, LLC hereby voluntarily dismisses this action against Furrion, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: February 24, 2020        Respectfully submitted,

*/s/ John M. Bradshaw*
**JOHN BRADSHAW**
**BRADSHAW LAW LLC**
23 East 39th St.
Indianapolis, IN 46205
(317) 490-4852
john@jbradshawlaw.com

**ATTORNEYS FOR PLAINTIFF**